# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JERI BRITTON**                                                                                       **PLAINTIFF**

**VS.**                                    **No. 3:19-cv-00246 PSH**

**ANDREW SAUL,** Commissioner,
    **Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE